# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| METROPCS CALIFORNIA, LLC,<br><br>     Plaintiff,<br><br> v.<br><br>IRENE GOODELL and ALAIN TSHIMANGA,<br><br>     Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C15-1575 TSZ |

\_\_\_\_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_\_  **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Pursuant to the parties' agreement, judgment is ENTERED in favor of plaintiff MetroPCS California, LLC and against defendants Irene Goodell and Alain Tshimanga as follows:

  1. For the effective term of this injunction, defendants are hereby ENJOINED, directly or indirectly, from:

    a. Engaging or participating in, or acquiring, managing, operating, controlling or participating in the management, operation or control of any entity that engages in the business of the sale, resale, or distribution of any wireless telephone or wireless internet data service within a two-mile radius of the former MetroPCS subdealer location of Wireless Signals LLC, 6765 W. Mississippi, Lakewood, CO 80226 ("Subdealer location");

   b. Selling, reselling or distributing any wireless telephone or wireless internet data service, within a two-mile radius of the Subdealer location, as defined above;

   c. Requesting any MetroPCS customer to curtail or cancel its business with MetroPCS;

   d. Otherwise soliciting, diverting or attempting to divert any such MetroPCS customer from patronizing MetroPCS, either directly or indirectly through an entity which one or both defendants own or control, in whole or part; and/or

   e. Assisting any person or entity to engage in any activity as to which defendants are prohibited herein.

  2. This injunction is effective immediately upon entry of this judgment and will remain in effect until July 26, 2016, at which time it dissolve without the need for further order of the Court.

  3. No bond or other security is required.

The Court RETAINS jurisdiction to enforce the terms of this judgment.

DATED this 17th day of May, 2016.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge